IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. 25-MJ-1529 |
| ) | |
| vs. ) | |
| ) | |
| **CRISTINA DIAZ-MORALES**, ) | |
| ) | |
| Defendant. ) | |

MOTION TO DISMISS COUNTS 2 AND 3 OF THE
CRIMINAL COMPLAINT WITHOUT PREJUDICE

The United States of America moves this Court, pursuant to Fed. R. Crim. P. 48, to dismiss counts 2 and 3 without prejudice of the Criminal Complaint filed on May 14, 2025, in this matter. As grounds, the United States provides that it is in the interest of justice.

WHEREFORE, the United States respectfully requests this Court enter an Order dismissing counts 2 and 3 without prejudice of the Criminal Complaint filed on May 14, 2025, as to Defendant CRISTINA DIAZ-MORALES.

Respectfully submitted,

RYAN ELLISON
United States Attorney

*/s/   Filed Electronically on 5/18/2025*
ELIZABETH TONKIN
Special Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM  88001
(575) 522-2304

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document using the Court's CM/ECF filing system which will send electronic notification to opposing counsel of record.

*/s/   Filed Electronically on 5/18/2025*
ELIZABETH TONKIN
Special Assistant U.S. Attorney